IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 12-20452-CR-MOORE

v.

ESTRELLA J. MIJARES,

    Defendant.

_____/

**NOTICE OF NO OBJECTION TO MAGISTRATE JUDGE'S REPORT**
**AND RECOMMENDATION (R&R) AS TO CJA VOUCHER FEES**

Comes the undersigned attorney David J. Joffe, and respectfully notifies this Honorable Court that said attorney has no objections to the Magistrate Judge's R&R dated March 3, 2015 (DE 879) regarding the payment of voucher fees and costs for CJA representation in this instant case.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 4, 2015, this document was filed using the Court's CM/ECF system, which effectively serves the United States and all attorneys of record.

    Respectfully submitted,

    /s/ David J. Joffe
    David J. Joffe
    JOFFE & JOFFE, P.A.
    One East Broward Blvd., Suite 700
    Fort Lauderdale, Florida 33301
    Telephone:    (954) 723-0007
    Facsimile:    (954) 723-0033
    Email:  Davidjjoffe@aol.com
    Florida Bar #  0814164