UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-20452-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ESTRELLA J. MIJARES,

    Defendant.
_____/

**ORDER ADOPTING**
**MAGISTRATE'S REPORT AND RECOMMENDATION**

THIS CAUSE is before the Court on the Sealed Report and Recommendation [879] of Magistrate Judge Chris M. McAliley regarding the Criminal Justice Act ("CJA") voucher that David Joffe, Esq., court-appointed counsel for Defendant Estrella Mijares, submitted for attorneys' fees and costs he incurred in this matter.  Upon review of the Report and Recommendation, defense counsel's Notice of Non-Objection, Defendant's CJA Voucher and being fully advised in the premises, IT IS HEREBY

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation is ADOPTED.  It is recommended that CJA Attorney David Joffe shall be paid a total amount of Attorneys' Fees of $30,510.00 and $440.00 in costs as fair and final compensation for his work in this case.

DONE AND ORDERED at Miami, Florida, in chambers this 10th day of March, 2015.

_____
K. MICHAEL MOORE
UNITED STATES CHIEF DISTRICT JUDGE